IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KASANDRA DUREN,

    Plaintiff,

v.

TRANSUNION, LLC; EQUIFAX
INFORMATION SERVICES, LLC;
FEDLOAN SERVICING,

    Defendants.
_____

Case No. 1:20-cv-02146-CL

ORDER

MCSHANE, Judge:

    Magistrate Judge Mark D. Clarke filed a Findings and Recommendation (ECF No. 30), and the matter is now before this Court on Plaintiff's objections. *See* 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). The Court reviews *de novo*. *United States v. Bernhardt*, 840 F.2d 1441, 1445 (9th Cir. 1988). The Court finds no error and concludes the report is correct.

    Magistrate Judge Clarke's Findings and Recommendation (ECF No. 30) is adopted in full. FedLoan Servicing's Motion for Judgment on the Pleadings (ECF No. 20) is GRANTED and this case is DISMISSED.

1 – ORDER

IT IS SO ORDERED.

    DATED this 12th day of August, 2021.

                                                                     s/Michael J. McShane

                                                                           Michael McShane  
                                                                  United States District Judge